Before the Second Division, June 28, 1966

**No. P66/129.**—Lipman's and Terra International Co., Ltd. *v*. United States, protests 236216–K and 58/17145 (A) (New York).

**No. P66/130.**—Henry C. Schaerf Corp. et al. *v*. United States, protests 63/13219, etc. (New York).

Rao, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA—, C.A.D. 859), the claim of the plaintiffs was sustained.

**No. P66/131.**—J.C. DeJong & Co., Inc., et al. *v*. United States, protests 65/10592, etc. (New York).

Rao, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of pole ends similar in all material respects to those the subject of *J. C. De Jong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.

**No. P66/132.**—Kelvin & Hughes America Corp. *v*. United States, protests 62/5262, etc. (Baltimore).

Ford, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of echo-sounding equipment or essential parts thereof dedicated to use therewith, in chief value of metal, similar in all material respects to those the subject of *Kelvin & Hughes America Corp.* v. *United States* (53 Cust. Ct. 21, C.D. 2468), the claim of the plaintiff was sustained.

**No. P66/133.**—International Importers, Inc. *v*. United States, protest 64/17843–14507 (Chicago).

Ford, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of magnetic earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019), the claim of the plaintiff was sustained.